## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

Aaron Broussard
Broussard & Hart
1301 Common Street
Lake Charles LA 70601


**REHEARING ACTION: January 27, 2016**


**Docket Number: 15   00298-CA**

**PATRICK JEANSONNE, ET AL.**
**VERSUS**
**CITY OF MARKSVILLE, ET AL.**

**Appealed from Avoyelles Parish Case No. 2013-8845-A**


**BEFORE JUDGES:**

      **Hon. Elizabeth A. Pickett**
      **Hon. Phyllis M. Keaty**
      **Hon. David Kent Savoie**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patrick Jeansonne, et al** has this day been

      **DENIED.**


cc: Derrick M. Whittington, Counsel for the Appellant